# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

PG Ltd.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 25-cv-01145

V.

ASSIGNED JUDGE: Mary M. Rowland

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",

DESIGNATED MAGISTRATE JUDGE: Keri L. Holleb Hotaling

TO: (Name and address of Defendant)

CLLMMGHAG and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James E. Judge
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



May 6, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: May 12, 2025 |
| NAME OF SERVER (PRINT): William Eskridge | TITLE: Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): see attached Declaration of Service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 14, 2025          s/William Eskridge
            Date                    Signature of Server

                                    77 W. Washington St., Ste. 800, Chicago, IL 60602
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.