IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PICKULS GIZMO LTD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>　　　　　Defendants. | Case No. 25-cv-01145<br><br>Judge Mary M. Rowland<br>Magistrate Judge Keri L. Holleb Hotaling |

### PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION, CONTINUED ASSET RESTRAINT, AND EXPEDITED DISCOVERY

　　Plaintiff Pickuls Gizmo Ltd ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants listed in **Exhibit 1**[1], enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of 17 U.S.C. § 501(a), 35 U.S.C. § 271, 15 U.S.C. § 1114, 15 U.S.C. § 1125, and Illinois law. A Memorandum of Law in Support is filed concurrently.

Dated: May 15, 2025

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

---

[1] Plaintiff had not been able to serve Doe 149 because contact information for this defendant had not been provided by the platform. Plaintiff has also been unable to serve two (2) Defendants – Does 96 and 100 – because the emails with service were returned as undeliverable. Accordingly, these Defendants have been excluded from Exhibit 1. Plaintiff will file a separate motion for a preliminary injunction against the missing defendants when they have been successfully served.

1