**EXHIBIT 1**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | CLLMMGHAG | A11PY4GYT9FQ42 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11PY4GYT9FQ42 |
| 2 | zhuhaishixiqimaoyizhongxin | A127FP1WXI4HTT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A127FP1WXI4HTT |
| 3 | Stcyutdaa | A13GVPBW56PQJW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13GVPBW56PQJW |
| 4 | NERNJIM | A148VGXI150EB5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A148VGXI150EB5 |
| 5 | qingdadadianziyyds | A1FLCZEMMKW32R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FLCZEMMKW32R |
| 6 | COSTEK | A1FPS8S58DVR6T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FPS8S58DVR6T |
| 7 | lixixi13730 | A1Q1GJPB4NUK2L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Q1GJPB4NUK2L |
| 8 | ：jiningchensidianzi | A1S65DJ0O2I5WM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1S65DJ0O2I5WM |
| 9 | PZhuang | A1VHDYGCIV386W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VHDYGCIV386W |
| 10 | Mythus Hairdressing | A23X9G8Y6XQCCL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23X9G8Y6XQCCL |
| 11 | PAATM SHIVA | A2444FN4WJOFA1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2444FN4WJOFA1 |
| 12 | Golden Birds Trade | A25LF880YK5JOY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25LF880YK5JOY |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 13 | shuyumaoyiyouxiangongsi | A25W9ODGHLN7NH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25W9ODGHLN7NH |
| 14 | Yanchaochao-shop | A277GMVE6ZBJAP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A277GMVE6ZBJAP |
| 15 | Xilanyan | A281NKN7TAJ61D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A281NKN7TAJ61D |
| 17 | fanlaier | A2A0KVGD7CL82T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2A0KVGD7CL82T |
| 18 | xialuobumin | A2AX130HFQ1PLZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AX130HFQ1PLZ |
| 19 | RONGXIHAIR | A2BQ54K3E359FR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BQ54K3E359FR |
| 20 | WuTibusiness | A2HJWQ471II02 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HJWQ471II02 |
| 21 | AVK Jaatara | A2MG1I3E42AWO0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MG1I3E42AWO0 |
| 22 | huizhoushijinduyunchenshiyeyouxiangongsi | A2QBGU70FPQXMY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QBGU70FPQXMY |
| 23 | ZLwneh | A2R14E933IB1Q2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R14E933IB1Q2 |
| 24 | GetieTrading | A2V9DDWN2HWBNO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V9DDWN2HWBNO |
| 25 | Juszok | A2VXY7OEVJ88BP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VXY7OEVJ88BP |
| 26 | kaikaistore | A2WZPQR7NS14HK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WZPQR7NS14HK |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 27 | NXA-CYJ | A2XE8UMDHDBZHS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XE8UMDHDBZHS |
| 28 | Savul LLC | A2XIEGVSDM57UR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XIEGVSDM57UR |
| 29 | GlobalLink360 | A2XRKIISR29VI9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XRKIISR29VI9 |
| 30 | xueyangUSA | A308NS8JW0IPA0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A308NS8JW0IPA0 |
| 31 | Patty Both | A31RCAJH203AGL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31RCAJH203AGL |
| 32 | HoTaiTai-US | A33QL0KUBPI1Q1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33QL0KUBPI1Q1 |
| 33 | Zhenglei111qz | A3B1UEGWH10QZU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3B1UEGWH10QZU |
| 34 | Paddy Edge | A3G2JBZTE8VBBL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G2JBZTE8VBBL |
| 35 | ZHU1JING | A3JKZP9O7EIJIR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JKZP9O7EIJIR |
| 36 | Straw Goat Trading Store | A3NT1DWQJSAHUL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NT1DWQJSAHUL |
| 37 | Slim graceful | A3NVYCTE40BAUC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NVYCTE40BAUC |
| 38 | YANDII | A3OAAZZ96IOW9X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OAAZZ96IOW9X |
| 39 | Qianmiing | A3PJJ1XUU09C06 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJJ1XUU09C06 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 40 | YuZhiUS | A3QPU403ZMCYSS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QPU403ZMCYSS |
| 41 | MoonightUS | A3TEU2P2OWKG0M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TEU2P2OWKG0M |
| 42 | Xianlong Store | A3UYIZJ2GXN3O6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3UYIZJ2GXN3O6 |
| 43 | Yiwu Xinghui Electronic Commerce Firm | A4R0RZV9NXWC8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4R0RZV9NXWC8 |
| 44 | RNPBNXO-US | A5NNWFLOGNSGO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5NNWFLOGNSGO |
| 45 | zhenchenec | A5YPVL2CGJ16L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5YPVL2CGJ16L |
| 46 | GXQXQ | A6L3UNM6R2GJ1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6L3UNM6R2GJ1 |
| 47 | 爆笑的柠檬 | A9BW48NC3K7XG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9BW48NC3K7XG |
| 48 | xinyexianaqilashangmaoyouxiangongsi | ACMIH7ORDVQ4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACMIH7ORDVQ4 |
| 49 | Wen FAN | ACW8AA6EHNK7I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACW8AA6EHNK7I |
| 50 | xinshenye | ACZGGNMAAVQUS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACZGGNMAAVQUS |
| 52 | PTS ROYAL FASHION | AER8A0BJ62CT6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AER8A0BJ62CT6 |
| 53 | SwiftServ-US | AFFN6RKURA4WR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFFN6RKURA4WR |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 54 | YDCX2023 | AH97ESRD75O08 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH97ESRD75O08 |
| 55 | Booge US | AHMH7E3GXQ4QL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHMH7E3GXQ4QL |
| 56 | Ruangangqiang-us | AHZ2MVXTJ20A6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHZ2MVXTJ20A6 |
| 57 | Senloo Creative House | AQR9QZ20EPA16 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQR9QZ20EPA16 |
| 58 | 廖江楠 | AR20GX1X820QY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AR20GX1X820QY |
| 59 | Design_For_You | ASH2USH3YY12O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASH2USH3YY12O |
| 60 | XinZHONGYI | AV14MGW6CWVBO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV14MGW6CWVBO |
| 61 | duddudud | AX4YOGO4UMG31 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AX4YOGO4UMG31 |
| 62 | LIYI123 | AYB0HSQVTXFES | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYB0HSQVTXFES |
| 63 | MUSENLIN | AZFLXHSCBXE4Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZFLXHSCBXE4Z |
| 64 | LiLiAn | AZJBKW1RGOJ6F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZJBKW1RGOJ6F |
| 65 | CherrysCollection | m-11761 | https://www.fruugo.us/cherryscollection/m-11761 |
| 66 | Cangnan Yihong Trading | m-14082 | https://www.fruugo.us/cangnan-yihong-trading/m-14082 |
| 67 | Shenzhenkaitazhekejimaoyiyouxiangongsi | m-16167 | https://www.fruugo.us/shenzhenkaitazhekejimaoyiyouxiangongsi/m-16167 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 68 | Alitaiyi Direct | m-21744 | https://www.fruugo.us/alitaiyi-direct/m-21744 |
| 69 | Shenzhen Aiyida Technology | m-22642 | https://www.fruugo.us/shenzhen-aiyida-technology/m-22642 |
| 70 | TAIN XIN | 3473942478 | https://us.shein.com/store/home?store_code=3473942478 |
| 71 | ZD-MZ | 6205677431 | https://us.shein.com/store/home?store_code=6205677431 |
| 72 | minihomy | minihomy.com | https://minihomy.com/ |
| 73 | sunsky-online | sunsky-online.com | https://sunsky-online.com |
| 74 | The home of ushidani | 1140769370485 | https://www.temu.com/m-1140769370485.html |
| 75 | Tomy party | 14411072339 | https://www.temu.com/m-14411072339.html |
| 76 | HHR JUN | 1942910849318 | https://www.temu.com/m-1942910849318.html |
| 77 | Cxbfg Nanabling | 2220373252945 | https://www.temu.com/m-2220373252945.html |
| 78 | mymri | 24238572895 | https://www.temu.com/m-24238572895.html |
| 79 | CEMRAKINE | 2608146658583 | https://www.temu.com/m-2608146658583.html |
| 80 | YaYa Beauty Hairdressing Shop | 319287513785 | https://www.temu.com/m-319287513785.html |
| 81 | Dinsaver | 4797257445166 | https://www.temu.com/m-4797257445166.html |
| 82 | WRJ personal care | 4906663472333 | https://www.temu.com/m-4906663472333.html |
| 83 | Xinyou boutique | 50360029571 | https://www.temu.com/m-50360029571.html |
| 84 | Genmri | 5798765100545 | https://www.temu.com/m-5798765100545.html |
| 85 | White Sands | 6010998616592006 | https://www.temu.com/m-601099861659206.html |
| 86 | Yiknow | 6023705561311 | https://www.temu.com/m-6023705561311.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 87 | WG Household Goods | 6075771036207 | https://www.temu.com/m-6075771036207.html |
| 88 | Miracle Beauty | 6251899442014 | https://www.temu.com/m-6251899442014.html |
| 89 | WEIDUN Shopping | 634418210437002 | https://www.temu.com/m-634418210437002.html |
| 90 | COVER MAKER | 634418210679662 | https://www.temu.com/m-634418210679662.html |
| 91 | BUDIN | 634418210795592 | https://www.temu.com/m-634418210795592.html |
| 92 | Onlyjie | 634418210895939 | https://www.temu.com/m-634418210895939.html |
| 93 | JMR | 634418211158324 | https://www.temu.com/m-634418211158324.html |
| 94 | World Connect Market | 634418211300798 | https://www.temu.com/m-634418211300798.html |
| 95 | YSTAR CARE | 634418211596715 | https://www.temu.com/m-634418211596715.html |
| 97 | wudage | 634418211757535 | https://www.temu.com/m-634418211757535.html |
| 98 | panelform | 634418211765328 | https://www.temu.com/m-634418211765328.html |
| 99 | Slice of Life | 634418211877557 | https://www.temu.com/m-634418211877557.html |
| 101 | TSIANFAN | 634418211933912 | https://www.temu.com/m-634418211933912.html |
| 102 | Shupin | 634418211956064 | https://www.temu.com/m-634418211956064.html |
| 103 | Tuoda Boutique | 634418212028049 | https://www.temu.com/m-634418212028049.html |
| 104 | LXFHOME | 634418212128174 | https://www.temu.com/m-634418212128174.html |
| 105 | shenzhoushiqi | 634418212172349 | https://www.temu.com/m-634418212172349.html |
| 106 | LeleDepartment | 634418212233361 | https://www.temu.com/m-634418212233361.html |
| 107 | OutfitFan | 634418212458246 | https://www.temu.com/m-634418212458246.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 108 | Xingfa beauty tool | 634418212460959 | https://www.temu.com/m-634418212460959.html |
| 109 | DcSuccesses | 634418212541935 | https://www.temu.com/m-634418212541935.html |
| 110 | Cooperative commune | 634418212574148 | https://www.temu.com/m-634418212574148.html |
| 111 | LH GAMING | 634418212584921 | https://www.temu.com/m-634418212584921.html |
| 112 | TR TR | 634418212710804 | https://www.temu.com/m-634418212710804.html |
| 113 | jiangshankeji | 634418212734817 | https://www.temu.com/m-634418212734817.html |
| 114 | Dont GAZE | 634418213019500 | https://www.temu.com/m-634418213019500.html |
| 115 | Zhengque Shop | 634418213081566 | https://www.temu.com/m-634418213081566.html |
| 116 | DREAM DANCING MALL | 634418213170279 | https://www.temu.com/m-634418213170279.html |
| 117 | Versatile Elf | 634418213704675 | https://www.temu.com/m-634418213704675.html |
| 118 | Nanlyna | 634418213843815 | https://www.temu.com/m-634418213843815.html |
| 119 | Aringan | 634418213843861 | https://www.temu.com/m-634418213843861.html |
| 120 | Yiknowbeauty | 634418213988759 | https://www.temu.com/m-634418213988759.html |
| 121 | BOB makeup tools | 634418214020357 | https://www.temu.com/m-634418214020357.html |
| 122 | Wei Lian | 634418214603040 | https://www.temu.com/m-634418214603040.html |
| 123 | BSYHOME | 634418214671154 | https://www.temu.com/m-634418214671154.html |
| 124 | TKTK MALL | 634418214837756 | https://www.temu.com/m-634418214837756.html |
| 125 | YYUCHEN | 634418214871706 | https://www.temu.com/m-634418214871706.html |
| 126 | Crazyfly | 634418215145730 | https://www.temu.com/m-634418215145730.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 127 | Elaayu | 634418215149846 | https://www.temu.com/m-634418215149846.html |
| 128 | JayusS | 634418215150181 | https://www.temu.com/m-634418215150181.html |
| 129 | PAlight | 634418215152031 | https://www.temu.com/m-634418215152031.html |
| 130 | Chenxhk | 634418215268938 | https://www.temu.com/m-634418215268938.html |
| 131 | XINhuich | 634418215269176 | https://www.temu.com/m-634418215269176.html |
| 132 | Trodicc | 634418215269233 | https://www.temu.com/m-634418215269233.html |
| 133 | Basind | 634418215296265 | https://www.temu.com/m-634418215296265.html |
| 134 | Newlo | 634418215490504 | https://www.temu.com/m-634418215490504.html |
| 135 | Duceko | 634418215491030 | https://www.temu.com/m-634418215491030.html |
| 136 | Josef | 634418215501677 | https://www.temu.com/m-634418215501677.html |
| 137 | Daily fast consumption | 634418215525230 | https://www.temu.com/m-634418215525230.html |
| 138 | Trail Blazer Supply | 634418215640855 | https://www.temu.com/m-634418215640855.html |
| 139 | LiLiHuanXi | 634418215756254 | https://www.temu.com/m-634418215756254.html |
| 140 | CC NICE | 634418215756528 | https://www.temu.com/m-634418215756528.html |
| 141 | MONIl | 634418215847756 | https://www.temu.com/m-634418215847756.html |
| 142 | Wmixusao | 634418215964197 | https://www.temu.com/m-634418215964197.html |
| 143 | Sidneydo | 634418215967147 | https://www.temu.com/m-634418215967147.html |
| 144 | Messiah atlas | 634418216008622 | https://www.temu.com/m-634418216008622.html |
| 145 | ZIBARBERTOP | 634418216066797 | https://www.temu.com/m-634418216066797.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 146 | Peace n LOVE | 634418216090055 | https://www.temu.com/m-634418216090055.html |
| 147 | Ju Ying Accessories | 634418216267009 | https://www.temu.com/m-634418216267009.html |
| 148 | Xia Meng | 634418216325874 | https://www.temu.com/m-634418216325874.html |
| 150 | Stalink local | 634418216502326 | https://www.temu.com/m-634418216502326.html |
| 151 | HomeNest Bags | 634418216520370 | https://www.temu.com/m-634418216520370.html |
| 152 | Hebalgg | 634418216557748 | https://www.temu.com/m-634418216557748.html |
| 153 | QiLeen | 634418216687125 | https://www.temu.com/m-634418216687125.html |
| 154 | Tuoxikeji | 634418216692210 | https://www.temu.com/m-634418216692210.html |
| 155 | CYH Department | 634418216784558 | https://www.temu.com/m-634418216784558.html |
| 156 | Lrades | 634418216808351 | https://www.temu.com/m-634418216808351.html |
| 157 | Wymfzgyhz | 634418216889418 | https://www.temu.com/m-634418216889418.html |
| 158 | Hingecc | 634418216960453 | https://www.temu.com/m-634418216960453.html |
| 159 | A Sheep Shop A | 634418217054439 | https://www.temu.com/m-634418217054439.html |
| 160 | Ccompetitive | 634418217112638 | https://www.temu.com/m-634418217112638.html |
| 161 | ZHAOZHE FUTURE | 634418217250673 | https://www.temu.com/m-634418217250673.html |
| 162 | GJPMIRACLE | 634418217341519 | https://www.temu.com/m-634418217341519.html |
| 163 | ADAOO | 634418217351433 | https://www.temu.com/m-634418217351433.html |
| 164 | SDhenMb | 634418217403616 | https://www.temu.com/m-634418217403616.html |
| 165 | Amazing Socks | 634418217477177 | https://www.temu.com/m-634418217477177.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 166 | Yingtaihk | 634418217516804 | https://www.temu.com/m-634418217516804.html |
| 167 | Astaraa | 634418217560670 | https://www.temu.com/m-634418217560670.html |
| 168 | Blue Sky Coming | 634418217568870 | https://www.temu.com/m-634418217568870.html |
| 169 | Xinyinming | 634418217571751 | https://www.temu.com/m-634418217571751.html |
| 170 | yangyang set sail | 634418217679031 | https://www.temu.com/m-634418217679031.html |
| 171 | forget I not | 634418217714716 | https://www.temu.com/m-634418217714716.html |
| 172 | Regulator | 634418217748906 | https://www.temu.com/m-634418217748906.html |
| 173 | Antengh | 634418217777313 | https://www.temu.com/m-634418217777313.html |
| 174 | A Xiaoqiangs shop | 634418217827786 | https://www.temu.com/m-634418217827786.html |
| 175 | Vovapp | 634418217841637 | https://www.temu.com/m-634418217841637.html |
| 176 | Chen Brothers shop | 634418217886859 | https://www.temu.com/m-634418217886859.html |
| 177 | PengGo | 634418217919188 | https://www.temu.com/m-634418217919188.html |
| 178 | Protective cover | 634418217982607 | https://www.temu.com/m-634418217982607.html |
| 179 | Juetec | 634418217994252 | https://www.temu.com/m-634418217994252.html |
| 180 | Abunun | 634418218095065 | https://www.temu.com/m-634418218095065.html |
| 181 | Daniell | 634418218221166 | https://www.temu.com/m-634418218221166.html |
| 182 | RYF Shop | 634418218227513 | https://www.temu.com/m-634418218227513.html |
| 183 | Enenoy | 634418218237773 | https://www.temu.com/m-634418218237773.html |
| 184 | MEI EN TOW | 634418218269604 | https://www.temu.com/m-634418218269604.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 185 | FANZHUOstart | 634418218389566 | https://www.temu.com/m-634418218389566.html |
| 186 | hhaatrad | 634418218444958 | https://www.temu.com/m-634418218444958.html |
| 187 | SILKVIP PERFUME SHOP | 634418218453330 | https://www.temu.com/m-634418218453330.html |
| 188 | SILKVIP Perfume | 634418218464110 | https://www.temu.com/m-634418218464110.html |
| 189 | moneyloveme | 634418218566314 | https://www.temu.com/m-634418218566314.html |
| 190 | Kejianle | 634418218578520 | https://www.temu.com/m-634418218578520.html |
| 192 | PENGJINSHENG | 634418218721139 | https://www.temu.com/m-634418218721139.html |
| 193 | QiaoQiao Lifestyle Loft | 634418218791458 | https://www.temu.com/m-634418218791458.html |
| 194 | XGUGG | 634418218859348 | https://www.temu.com/m-634418218859348.html |
| 195 | Zhongshanshisanxiangzhenhongqixieyeshangxing | 634418219002469 | https://www.temu.com/m-634418219002469.html |
| 196 | Arcadidi | 634418219046111 | https://www.temu.com/m-634418219046111.html |
| 197 | WlzZ | 634418219065312 | https://www.temu.com/m-634418219065312.html |
| 198 | baoduoduomaoyi | 634418219278699 | https://www.temu.com/m-634418219278699.html |
| 199 | YRBS Direct | 634418219527839 | https://www.temu.com/m-634418219527839.html |
| 200 | cocos house | 634418219707062 | https://www.temu.com/m-634418219707062.html |