## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PICKULS GIZMO LTD, | |
| Plaintiff, | |
| v. | Case No. 25-cv-01145 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," | Judge Mary M. Rowland Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

### PRELIMINARY INJUNCTION ORDER

Plaintiff, Pickuls Gizmo Ltd ("Plaintiff"), filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in **Exhibit 1** attached hereto (collectively, "Defendants") and using at least the domain names identified in **Exhibit 1** (the "Defendant Domain Names") and the online marketplace accounts identified in **Exhbit 1** (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants listed in **Exhibit 1** in accordance with Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating

---

[1] The e-commerce store urls are listed on Exhibit 1 hereto under the Online Marketplaces.

e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered copyrighted work and design patent (the "Plaintiff's Intellectual Property") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's Intellectual Property. *See* Docket No. 8-5 through 8-21, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's Intellectual Property.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of copyright and design patent infringement because (1) Plaintiff's copyrighted work is valid and registered with the U.S. Copyright Office; (2) Plaintiff's design patent is valid and registered with the United States Patent and Trademark Office (the "USPTO"); (3) Defendants are not licensed or authorized to use any of the Plaintiff's Intellectual Property; and (4) Defendants' use of the Plaintiff's

Intellectual Property is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff's Intellectual Property irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Plaintiff's Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Intellectual Property;

    c. reproducing, publicly displaying, distributing, or otherwise infringing Plaintiff's copyright in Plaintiff's Intellectual Property;

    d.   committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    e.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's Intellectual Property, or any reproductions, counterfeit copies, or colorable imitations thereof.

2.   Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.   The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4.   Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon"); Fruugo Ltd. ("Fruugo"); Roadget Business Pte. Ltd. and Shein US Services LLC ("Shein"); Shopify

Inc. ("Shopify"); PDD Holdings ("Temu"); LianLian Global, LL Pay U.S., LLC, and LianLian Yintong Electronic Payment Co. Ltd. ("LianLian"); Payoneer Global Inc. ("Payoneer"); PayPal Holdings, Inc. ("PayPal"); and Stripe, Inc. ("Stripe") (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alipay, LianLian, Payoneer, PayPal, Stripe, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.  Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Intellectual Property.

6.  Any Third-Party Providers including Amazon, Fruugo, Shein, Shopify, Temu, LianLian, PayPal, Payoneer, and Stripe, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7.  Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to the said website to the e-mail provided for Defendants by third parties. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.      Plaintiff's Complaint [4], Amended Schedule A [13]; Motion for Entry of a Temporary Restraining Order [8] and the Brief in Support of Motion [8-1], Declaration of James E. Judge [8-2]; Declaration of Kawsar Miah and the accompanying exhibits [8-5 to 8-21]; and the TRO [18] are unsealed.

9.      The Clerk is directed to replace the name of the Plaintiff in the caption of this matter in PACER with Pickuls Gizmo Ltd.

10.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

11.     The $200,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
MARY M. ROWLAND
United States District Judge

Dated: June 10, 2025

7

# EXHIBIT 1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | CLLMMGHAG | A11PY4GYT9FQ42 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11PY4GYT9FQ42 |
| 2 | zhuhaishixiqimaoyizhongxin | A127FP1WXI4HTT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A127FP1WXI4HTT |
| 4 | NERNJIM | A148VGXI150EB5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A148VGXI150EB5 |
| 7 | lixixi13730 | A1Q1GJPB4NUK2L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Q1GJPB4NUK2L |
| 8 | ：jiningchensidianzi | A1S65DJ0O2I5WM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1S65DJ0O2I5WM |
| 9 | PZhuang | A1VHDYGCIV386W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VHDYGCIV386W |
| 10 | Mythus Hairdressing | A23X9G8Y6XQCCL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23X9G8Y6XQCCL |
| 13 | shuyumaoyiyouxiangongsi | A25W9ODGHLN7NH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25W9ODGHLN7NH |
| 14 | Yanchaochao-shop | A277GMVE6ZBJAP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A277GMVE6ZBJAP |
| 15 | Xilanyan | A281NKN7TAJ61D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A281NKN7TAJ61D |
| 18 | xialuobumin | A2AX130HFQ1PLZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AX130HFQ1PLZ |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 19 | RONGXIHAIR | A2BQ54K3E359FR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BQ54K3E359FR |
| 20 | WuTibusiness | A2HJWQ471II02 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HJWQ471II02 |
| 21 | AVK Jaatara | A2MG1I3E42AWO0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MG1I3E42AWO0 |
| 22 | huizhoushijinduyunchenshiyeyouxiangongsi | A2QBGU70FPQXMY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QBGU70FPQXMY |
| 24 | GetieTrading | A2V9DDWN2HWBNO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V9DDWN2HWBNO |
| 26 | kaikaistore | A2WZPQR7NS14HK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WZPQR7NS14HK |
| 28 | Savul LLC | A2XIEGVSDM57UR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XIEGVSDM57UR |
| 30 | xueyangUSA | A308NS8JW0IPA0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A308NS8JW0IPA0 |
| 31 | Patty Both | A31RCAJH203AGL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31RCAJH203AGL |
| 32 | HoTaiTai-US | A33QL0KUBPI1Q1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33QL0KUBPI1Q1 |
| 33 | Zhenglei111qz | A3B1UEGWH10QZU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3B1UEGWH10QZU |
| 34 | Paddy Edge | A3G2JBZTE8VBBL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G2JBZTE8VBBL |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 35 | ZHU1JING | A3JKZP9O7EIJIR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JKZP9O7EIJIR |
| 36 | Straw Goat Trading Store | A3NT1DWQJSAHUL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NT1DWQJSAHUL |
| 37 | Slim graceful | A3NVYCTE40BAUC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NVYCTE40BAUC |
| 38 | YANDII | A3OAAZZ96IOW9X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OAAZZ96IOW9X |
| 39 | Qianmiing | A3PJJ1XUU09C06 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJJ1XUU09C06 |
| 41 | MoonightUS | A3TEU2P2OWKG0M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TEU2P2OWKG0M |
| 42 | Xianlong Store | A3UYIZJ2GXN3O6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3UYIZJ2GXN3O6 |
| 44 | RNPBNXO-US | A5NNWFLOGNSGO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5NNWFLOGNSGO |
| 45 | zhenchenec | A5YPVL2CGJ16L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5YPVL2CGJ16L |
| 46 | GXQXQ | A6L3UNM6R2GJ1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6L3UNM6R2GJ1 |
| 48 | xinyexianaqilashang maoyouxiangongsi | ACMIH7ORDVQ4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACMIH7ORDVQ4 |
| 49 | Wen FAN | ACW8AA6EHNK7I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACW8AA6EHNK7I |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 50 | xinshenye | ACZGGNM AAVQUS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACZGGNMAAVQUS |
| 54 | YDCX2023 | AH97ESRD7 5O08 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH97ESRD75O08 |
| 55 | Booge US | AHMH7E3G XQ4QL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHMH7E3GXQ4QL |
| 56 | Ruangangqiang-us | AHZ2MVXT J20A6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHZ2MVXTJ20A6 |
| 57 | Senloo Creative House | AQR9QZ20E PA16 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQR9QZ20EPA16 |
| 58 | 廖江楠 | AR20GX1X8 20QY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AR20GX1X820QY |
| 59 | Design_For_You | ASH2USH3Y Y12O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASH2USH3YY12O |
| 61 | duddudud | AX4YOGO4 UMG31 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AX4YOGO4UMG31 |
| 63 | MUSENLIN | AZFLXHSC BXE4Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZFLXHSCBXE4Z |
| 64 | LiLiAn | AZJBKW1R GOJ6F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZJBKW1RGOJ6F |
| 65 | CherrysCollection | m-11761 | https://www.fruugo.us/cherryscollection/m-11761 |
| 66 | Cangnan Yihong Trading | m-14082 | https://www.fruugo.us/cangnan-yihong-trading/m-14082 |
| 68 | Alitaiyi Direct | m-21744 | https://www.fruugo.us/alitaiyi-direct/m-21744 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 69 | Shenzhen Aiyida Technology | m-22642 | https://www.fruugo.us/shenzhen-aiyida-technology/m-22642 |
| 70 | TAIN XIN | 3473942478 | https://us.shein.com/store/home?store_code=3473942478 |
| 71 | ZD-MZ | 6205677431 | https://us.shein.com/store/home?store_code=6205677431 |
| 72 | minihomy | minihomy.com | https://minihomy.com/ |
| 73 | sunsky-online | sunsky-online.com | https://sunsky-online.com |
| 74 | The home of ushidani | 1140769370485 | https://www.temu.com/m-1140769370485.html |
| 75 | Tomy party | 14411072339 | https://www.temu.com/m-14411072339.html |
| 76 | HHR JUN | 1942910849318 | https://www.temu.com/m-1942910849318.html |
| 77 | Cxbfg Nanabling | 2220373252945 | https://www.temu.com/m-2220373252945.html |
| 78 | mymri | 24238572895 | https://www.temu.com/m-24238572895.html |
| 79 | CEMRAKINE | 2608146665883 | https://www.temu.com/m-2608146665883.html |
| 81 | Dinsaver | 4797257445166 | https://www.temu.com/m-4797257445166.html |
| 82 | WRJ personal care | 4906663472333 | https://www.temu.com/m-4906663472333.html |
| 83 | Xinyou boutique | 50360029571 | https://www.temu.com/m-50360029571.html |
| 84 | Genmri | 5798765100545 | https://www.temu.com/m-5798765100545.html |
| 85 | White Sands | 601099861659206 | https://www.temu.com/m-601099861659206.html |
| 86 | Yiknow | 6023705561311 | https://www.temu.com/m-6023705561311.html |
| 88 | Miracle Beauty | 6251899442014 | https://www.temu.com/m-6251899442014.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 90 | COVER MAKER | 634418210679662 | https://www.temu.com/m-634418210679662.html |
| 92 | Onlyjie | 634418210895939 | https://www.temu.com/m-634418210895939.html |
| 93 | JMR | 634418211158324 | https://www.temu.com/m-634418211158324.html |
| 94 | World Connect Market | 634418211300798 | https://www.temu.com/m-634418211300798.html |
| 95 | YSTAR CARE | 634418211596715 | https://www.temu.com/m-634418211596715.html |
| 97 | wudage | 634418211757535 | https://www.temu.com/m-634418211757535.html |
| 98 | panelform | 634418211765328 | https://www.temu.com/m-634418211765328.html |
| 99 | Slice of Life | 634418211877557 | https://www.temu.com/m-634418211877557.html |
| 101 | TSIANFAN | 634418211933912 | https://www.temu.com/m-634418211933912.html |
| 102 | Shupin | 634418211956064 | https://www.temu.com/m-634418211956064.html |
| 103 | Tuoda Boutique | 634418212028049 | https://www.temu.com/m-634418212028049.html |
| 104 | LXFHOME | 634418212128174 | https://www.temu.com/m-634418212128174.html |
| 105 | shenzhoushiqi | 634418212172349 | https://www.temu.com/m-634418212172349.html |
| 106 | LeleDepartment | 634418212233361 | https://www.temu.com/m-634418212233361.html |
| 108 | Xingfa beauty tool | 634418212460959 | https://www.temu.com/m-634418212460959.html |
| 109 | DcSuccesses | 634418212541935 | https://www.temu.com/m-634418212541935.html |
| 110 | Cooperative commune | 634418212574148 | https://www.temu.com/m-634418212574148.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 111 | LH GAMING | 63441821258 4921 | https://www.temu.com/m-634418212584921.html |
| 112 | TR TR | 63441821271 0804 | https://www.temu.com/m-634418212710804.html |
| 113 | jiangshankeji | 63441821273 4817 | https://www.temu.com/m-634418212734817.html |
| 114 | Dont GAZE | 63441821301 9500 | https://www.temu.com/m-634418213019500.html |
| 115 | Zhengque Shop | 63441821308 1566 | https://www.temu.com/m-634418213081566.html |
| 116 | DREAM DANCING MALL | 63441821317 0279 | https://www.temu.com/m-634418213170279.html |
| 117 | Versatile Elf | 63441821370 4675 | https://www.temu.com/m-634418213704675.html |
| 118 | Nanlyna | 63441821384 3815 | https://www.temu.com/m-634418213843815.html |
| 119 | Aringan | 63441821384 3861 | https://www.temu.com/m-634418213843861.html |
| 120 | Yiknowbeauty | 63441821398 8759 | https://www.temu.com/m-634418213988759.html |
| 121 | BOB makeup tools | 63441821402 0357 | https://www.temu.com/m-634418214020357.html |
| 122 | Wei Lian | 63441821460 3040 | https://www.temu.com/m-634418214603040.html |
| 124 | TKTK MALL | 63441821483 7756 | https://www.temu.com/m-634418214837756.html |
| 125 | YYUCHEN | 63441821487 1706 | https://www.temu.com/m-634418214871706.html |
| 126 | Crazyfly | 63441821514 5730 | https://www.temu.com/m-634418215145730.html |
| 127 | Elaayu | 63441821514 9846 | https://www.temu.com/m-634418215149846.html |
| 128 | JayusS | 63441821515 0181 | https://www.temu.com/m-634418215150181.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 129 | PAlight | 634418215152031 | https://www.temu.com/m-634418215152031.html |
| 130 | Chenxhk | 634418215268938 | https://www.temu.com/m-634418215268938.html |
| 131 | XINhuich | 634418215269176 | https://www.temu.com/m-634418215269176.html |
| 132 | Trodicc | 634418215269233 | https://www.temu.com/m-634418215269233.html |
| 133 | Basind | 634418215296265 | https://www.temu.com/m-634418215296265.html |
| 134 | Newlo | 634418215490504 | https://www.temu.com/m-634418215490504.html |
| 135 | Duceko | 634418215491030 | https://www.temu.com/m-634418215491030.html |
| 136 | Josef | 634418215501677 | https://www.temu.com/m-634418215501677.html |
| 137 | Daily fast consumption | 634418215525230 | https://www.temu.com/m-634418215525230.html |
| 138 | Trail Blazer Supply | 634418215640855 | https://www.temu.com/m-634418215640855.html |
| 139 | LiLiHuanXi | 634418215756254 | https://www.temu.com/m-634418215756254.html |
| 140 | CC NICE | 634418215756528 | https://www.temu.com/m-634418215756528.html |
| 141 | MONIl | 634418215847756 | https://www.temu.com/m-634418215847756.html |
| 142 | Wmixusao | 634418215964197 | https://www.temu.com/m-634418215964197.html |
| 143 | Sidneydo | 634418215967147 | https://www.temu.com/m-634418215967147.html |
| 144 | Messiah atlas | 634418216008622 | https://www.temu.com/m-634418216008622.html |
| 145 | ZIBARBERTOP | 634418216066797 | https://www.temu.com/m-634418216066797.html |

15

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 146 | Peace n LOVE | 634418216090055 | https://www.temu.com/m-634418216090055.html |
| 147 | Ju Ying Accessories | 634418216267009 | https://www.temu.com/m-634418216267009.html |
| 148 | Xia Meng | 634418216325874 | https://www.temu.com/m-634418216325874.html |
| 153 | QiLeen | 634418216687125 | https://www.temu.com/m-634418216687125.html |
| 154 | Tuoxikeji | 634418216692210 | https://www.temu.com/m-634418216692210.html |
| 155 | CYH Department | 634418216784558 | https://www.temu.com/m-634418216784558.html |
| 156 | Lrades | 634418216808351 | https://www.temu.com/m-634418216808351.html |
| 158 | Hingecc | 634418216960453 | https://www.temu.com/m-634418216960453.html |
| 159 | A Sheep Shop A | 634418217054439 | https://www.temu.com/m-634418217054439.html |
| 160 | Ccompetitive | 634418217112638 | https://www.temu.com/m-634418217112638.html |
| 161 | ZHAOZHE FUTURE | 634418217250673 | https://www.temu.com/m-634418217250673.html |
| 162 | GJPMIRACLE | 634418217341519 | https://www.temu.com/m-634418217341519.html |
| 163 | ADAOO | 634418217351433 | https://www.temu.com/m-634418217351433.html |
| 164 | SDhenMb | 634418217403616 | https://www.temu.com/m-634418217403616.html |
| 165 | Amazing Socks | 634418217477177 | https://www.temu.com/m-634418217477177.html |
| 166 | Yingtaihk | 634418217516804 | https://www.temu.com/m-634418217516804.html |
| 167 | Astaraa | 634418217560670 | https://www.temu.com/m-634418217560670.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 168 | Blue Sky Coming | 634418217568870 | https://www.temu.com/m-634418217568870.html |
| 169 | Xinyinming | 634418217571751 | https://www.temu.com/m-634418217571751.html |
| 171 | forget I not | 634418217714716 | https://www.temu.com/m-634418217714716.html |
| 172 | Regulator | 634418217748906 | https://www.temu.com/m-634418217748906.html |
| 173 | Antengh | 634418217777313 | https://www.temu.com/m-634418217777313.html |
| 174 | A Xiaoqiangs shop | 634418217827786 | https://www.temu.com/m-634418217827786.html |
| 175 | Vovapp | 634418217841637 | https://www.temu.com/m-634418217841637.html |
| 176 | Chen Brothers shop | 634418217886859 | https://www.temu.com/m-634418217886859.html |
| 179 | Juetec | 634418217994252 | https://www.temu.com/m-634418217994252.html |
| 180 | Abunun | 634418218095065 | https://www.temu.com/m-634418218095065.html |
| 181 | Daniell | 634418218221166 | https://www.temu.com/m-634418218221166.html |
| 182 | RYF Shop | 634418218227513 | https://www.temu.com/m-634418218227513.html |
| 183 | Enenoy | 634418218237773 | https://www.temu.com/m-634418218237773.html |
| 184 | MEI EN TOW | 634418218269604 | https://www.temu.com/m-634418218269604.html |
| 185 | FANZHUOstart | 634418218389566 | https://www.temu.com/m-634418218389566.html |
| 186 | hhaatrad | 634418218444958 | https://www.temu.com/m-634418218444958.html |
| 187 | SILKVIP PERFUME SHOP | 634418218453330 | https://www.temu.com/m-634418218453330.html |

17

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 188 | SILKVIP Perfume | 634418218464110 | https://www.temu.com/m-634418218464110.html |
| 189 | moneyloveme | 634418218566314 | https://www.temu.com/m-634418218566314.html |
| 190 | Kejianle | 634418218578520 | https://www.temu.com/m-634418218578520.html |
| 192 | PENGJINSHENG | 634418218721139 | https://www.temu.com/m-634418218721139.html |
| 193 | QiaoQiao Lifestyle Loft | 634418218791458 | https://www.temu.com/m-634418218791458.html |
| 194 | XGUGG | 634418218859348 | https://www.temu.com/m-634418218859348.html |
| 195 | Zhongshanshisanxiangzhenhongqixieyeshangxing | 634418219002469 | https://www.temu.com/m-634418219002469.html |
| 196 | Arcadidi | 634418219046111 | https://www.temu.com/m-634418219046111.html |
| 197 | WlzZ | 634418219065312 | https://www.temu.com/m-634418219065312.html |
| 198 | baoduoduomaoyi | 634418219278699 | https://www.temu.com/m-634418219278699.html |
| 199 | YRBS Direct | 634418219527839 | https://www.temu.com/m-634418219527839.html |
| 200 | cocos house | 634418219707062 | https://www.temu.com/m-634418219707062.html |