IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PICKULS GIZMO, LTD,<br><br>                Plaintiff,<br><br>     v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | Case No. 25-cv-01145<br><br>Judge Mary M. Rowland<br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Pickuls Gizmo, Ltd, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | Defendant No. |
|---|---|
| GlobalLink360 | 29 |
| HoTaiTai-US | 32 |
| SwiftServ-US | 53 |
| HHR JUN | 76 |
| Cxbfg Nanabling | 77 |
| jiangshankeji | 113 |
| Chenxhk | 130 |
| XINhuich | 131 |
| Trodicc | 132 |
| Hingecc | 158 |
| SDhenMb | 164 |
| Amazing Socks | 165 |
| hhaatrad | 186 |

Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise plead. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

2

Dated: June 20, 2025            Respectfully submitted,

Pickuls Gizmo, Ltd,

By:    /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874